

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| MICHAEL DEWAYNE SMITH, | § | No. 08-22-00008-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 12th District Court |
| THE STATE OF TEXAS, | § | of Walker County, Texas |
| Appellee. | § | (TC# 29452) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JULY, 2022.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.